UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------X

UNITED STATES OF AMERICA,                   :

             - v. -                         :       **INDICTMENT**   2cD

WILKENS RIVERA,                             :       06 Cr.

                    Defendant.              :

------------------------------------X

**COUNT ONE**

The Grand Jury charges:

1.    From at least in or about October 2005, up through
and including in or about November 2005, in the Southern District
of New York and elsewhere, WILKENS RIVERA, the defendant, and
others known and unknown, unlawfully, willfully, and knowingly
did combine, conspire, confederate, and agree together and with
each other to commit an offense against the United States, to
wit, to violate Title 18, United States Code, Section 1344.

2.    It was a part and an object of the conspiracy that
RIVERA, and others known and unknown, unlawfully, willfully, and
knowingly, and with intent to defraud, would and did execute and
attempt to execute a scheme and artifice to defraud financial
institutions and to obtain moneys, funds, credits, assets,
securities, and other property owned by, and under the custody
and control of, financial institutions, the deposits of which
were then insured by the Federal Deposit Insurance Corporation,
by means of false and fraudulent pretenses, representations, and

promises, in violation of Title 18, United States Code, Section
1344.

### Overt Acts

3.    In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York:

a.    In or about November 2005, in the Bronx, New
York, Rivera met with a co-conspirator not named as a defendant
herein.

b.    In or about November 2005, in the Bronx, New
York, two counterfeit checks were deposited into Rivera's
Washington Mutual Bank account.

(Title 18, United States Code, Section 1349.)

### COUNT TWO

The Grand Jury further charges:

4.    From at least in or about October 2005, up through
and including in or about November 2005, in the Southern District
of New York and elsewhere, WILKENS RIVERA, the defendant, and
others known and unknown, unlawfully, willfully, and knowingly,
and with intent to defraud, did execute and attempt to execute a
scheme and artifice to defraud financial institutions and to
obtain moneys, funds, credits, assets, securities, and other
property owned by, and under the custody and control of,
financial institutions, the deposits of which were then insured
by the Federal Deposit Insurance Corporation, by means of false

-2-

and fraudulent pretenses, representations, and promises, to wit,
RIVERA withdrew and attempted to withdraw proceeds of two
counterfeit checks that had been deposited into RIVERA's
Washington Mutual Bank account.

(Title 18, United States Code, Sections 1344 and 2.)


_____          _____
GRAND JURY FOREPERSON                     MICHAEL J. GARCIA
                                          UNITED STATES ATTORNEY

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILKENS RIVERA,

Defendant.

INDICTMENT

06 Cr.

(18 U.S.C. §§ 1349, 1344, and 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Thomas P. Eagan*

Foreperson.

HR  10/18/06  Indictment filed. Case assigned to Judge Karas.
Francis, J.