

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo
One Saint Andrew's
New York, New York 10007

**MEMO ENDORSED**

October 26, 2006

**By Facsimile**

The Honorable Kenneth A. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/06
```

    Re:    **United States v. Wilkens Rivera**
            **06 Cr. 984 (KMK)**

Dear Judge Karas:

        The Court has referred arraignment in the above-captioned matter to Magistrate's Court and has scheduled the initial conference for November 3, 2006 at 10:00 am. The Government respectfully submits this letter to request, with defense counsel's consent, that time be excluded under the Speedy Trial Act until the November 3, 2006 conference. During the interim, the parties will be conferring concerning this matter, and defense counsel Michael Hurwitz, Esq., also intends to use this time to consult with his client as to how to proceed. Accordingly, the Government respectfully submits that exclusion of time would serve the interests of justice.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                            W.S. Wilson Leung
                            Assistant United States Attorney
                            (212) 637-2401

SO ORDERED:

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
10/26/06

cc:    Michael Hurwitz, Esq. (via facsimile, 212-619-6743)