

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2007

**By Facsimile**

The Honorable Kenneth A. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07

    Re: <u>United States</u> v. <u>Wilkens Rivera</u>
         06 Cr. 984 (KMK)

Dear Judge Karas:

    The next conference in above-captioned matter is presently scheduled for April 27, 2007 at 3:00 pm. The Government respectfully submits this letter to request that time under the Speedy Trial Act be excluded through this date. Exclusion would serve the interests of justice by allowing the defendant additional time to consider his options in this and in another case pending before Judge Daniels. Michael Hurwitz, Esq., counsel for the defendant, has consented to this request.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
     W.S. Wilson Leung
     Assistant United States Attorney
     (212) 637-2401

SO ORDERED:

_____
HON. KENNETH M. KARA
UNITED STATES DISTRICT JUDGE
4/6/07

cc:   Michael Hurwitz, Esq. (via facsimile, 212-619-6743)