


U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 15, 2007

**By Hand Delivery**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:   **United States v. Wilkens Rivera**
      **06 Cr. 984 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter to request that tomorrow's 10:30 am conference in the above-captioned matter be adjourned. As the Court is aware, tomorrow's conference was scheduled based on the belief that B. Alan Seidler, Esq., would be retained as counsel by the defendant and would be replacing the defendant's current attorney, Michael Hurwitz, Esq. Mr. Seidler has advised the Government, however, that he has not yet been retained and his appearance in this case remains uncertain. Mr. Hurwitz has also indicated that he is unable to appear tomorrow. Accordingly, the Government would ask that the conference be adjourned until May 31, 2007 at 10:30 am so that the legal representation of the defendant can be resolved. Should this request be granted, the Government would also ask that time under the Speedy Trial Act be excluded until the adjourn date, since the adjournment is required to ascertain who will be serving as the defendant's attorney. Mr. Hurwitz has consented to this request.

*Time is excluded until 5/31/07
in the interests of justice for the reasons
stated in this letter.*
SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
5/15/07

18 USC § 3161(h)(8)(A)

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:   Michael Hurwitz, Esq.; B. Alan Seidler, Esq.