**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2007

**By Facsimile**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York  10007

# MEMO ENDORSED

>    Re:    **United States v. Wilkens Rivera**
>          **06 Cr. 984 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter on behalf of both parties to advise the Court of certain developments in the above-captioned matter as well as to memorialize the Court's instructions to the parties.

First, the defendant, Wilkens Rivera, has indicated that he does not wish to proceed with the trial scheduled for June 25, 2007. He has also indicated, however, that, due to irreconcilable differences between him and his present attorney, Michael Hurwitz, Esq., he would like to proceed with a guilty plea represented by a different attorney. Accordingly, pursuant to the Court's referral, Rivera has been scheduled to appear in Magistrate Court on Monday, June 11, 2007, at 10:30 am, and Mr. Hurwitz will be replaced with the CJA Duty Attorney for that day, Edgardo Ramos, Esq.

Second, because the defendant has indicated that he will plead guilty, and because Mr. Ramos will be entering this case on Monday, the parties would respectfully request that the June 25, 2007 trial date be adjourned and that, in lieu of a trial date, a conference date be scheduled so the parties can confer with the Court as to how to proceed with this matter.

The Honorable Kenneth M. Karas
June 8, 2007
Page 2 of 2

       Third, in light of the defendant's desire to plead guilty, at the parties' request, the deadline for the filing of the parties' requests to charge and jury questions has been postponed from June 11, 2007 until a date to be determined in the future.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
                W.S. Wilson Leung
                Assistant United States Attorney
                (212) 637-2401

Cc:    Michael Hurwitz, Esq.
       Edgardo Ramos, Esq.

*The Court will hold a conference with all parties on June 21, 2007, at 11am, the date already set as the final Pre-Trial Conference. All deadlines are suspended until then.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/11/07